IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANNETTE B. KELLY,              )<br>                                )<br>    Plaintiff,                  )<br>                                )     CIVIL ACTION NO.<br>    v.                          )       2:24cv701-MHT<br>                                )            (WO)<br>ALFA MUTUAL INSURANCE, DBA     )<br>Alfa Mutual Insurance          )<br>Company, et al.,               )<br>                                )<br>    Defendants.                 )   | |

OPINION

Plaintiff filed this lawsuit against an insurance company, an air-conditioning company, and three individuals, asserting claims including unjust enrichment from human trafficking, environmental fraud, toxic tort crimes, and breaches of fiduciary duties. Plaintiff was given an opportunity to amend the complaint, and did so. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motions to dismiss plaintiff's case be granted without further leave to

amend, and that plaintiff's motion for summary judgment be denied as moot. In response to the recommendation, plaintiff filed a motion to recuse the magistrate judge and reassign the case to another magistrate judge. The court construes this motion as an objection to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objection should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of July, 2025.

                     /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE