IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ANNETTE B. KELLY,            )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )        2:24cv701-MHT
                             )            (WO)
ALFA MUTUAL INSURANCE, DBA   )
Alfa Mutual Insurance        )
Company, et al.,             )
                             )
    Defendants.              )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objection (Doc. 51) is overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 50) is adopted.

(3) Defendants' motions to dismiss (Doc. 32 and Doc. 39) are granted, and this lawsuit is dismissed without leave to amend.

(4) Plaintiff's motion for summary judgment (Doc.

45) is denied as moot.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 10th day of July, 2025.

                    /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE